**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-06700 JAK (JCx) | Date | January 25, 2012 |
|---|---|---|---|
| Title | Istvan Nagy v. Standard Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On January 24, 2012, defendant filed "Notice of Settlement" (Dkt. 64).  The Court sets an Order to Show Cause re Dismissal for March 5, 2012 at 1:30 p.m.  If the parties file a dismissal by March 2, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The February 3, 2012 Exhibit Conference and February 7, 2012 Court Trial are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |