WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISTVAN NAGY,

         Plaintiff,

   vs.

STANDARD INSURANCE
COMPANY, et al.,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. LA CV10-06700 JAK (JCx)

ORDER GRANTING STIPULATION
TO DISMISS ENTIRE ACTION WITH
PREJUDICE   JS-6

No Hearing Set or Required.

Before the Honorable John A. Kronstadt

      The Court has considered the stipulation of the parties, Plaintiff Istvan Nagy and Defendant Standard Insurance Company, requesting that the Court now dismiss this entire action with prejudice.  Pacer Doc 69.   Based on the parties' representation that their confidential settlement, previously and jointly reported to the Court (Pacer Doc 64), has now been consummated and their joint stipulation for dismissal with prejudice, the Court now dismisses this entire action with prejudice, each party to bear, as the case may be, his or its respective fees, costs and expenses.  The Court retains jurisdiction over this action to the extent

necessary to resolve any disputes over settlement based on the understanding that

no such disputes are currently known or anticipated.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM.

Dated:  February 1, 2012

/s/Warren H. Nelson, Jr.
    Warren H. Nelson, Jr.

WARREN H. NELSON, JR. # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

APPROVED AS TO FORM.

Dated:  February 1, 2012

/s/Gabor Szabo
    Gabor Szabo

GABOR SZABO # 150001
LAW OFFICE OF GABOR SZABO
9107 Wilshire Blvd. 8th Floor
Beverly Hills, CA 90210
Email: gaborszaboesq@yahoo.com

Attorney for Plaintiff
ISTVAN NAGY